```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Jamie Roethlisberger,

                            Plaintiff,

      -against-

Buzzfeed, Inc.,

                           Defendant.

1:20-cv-02341 (DLC) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, June 12, 2020 at 10:30 a.m. Due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

      The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:      New York, New York
              May 8, 2020

                                                      */s/ Stewart D. Aaron*
                                                      _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge